gations. *See Skyland Food Corp.*, 382 P.2d at 998; *e.g.*, *Hollenbeck*, 235 P.2d at 797; *Conditioned Air Co. v. Post*, 513 P.2d 215, 217 (Colo.Ct.App.1973); *J.F. White Eng'g Corp.*, 311 F.2d at 412–13.

### III.

In No. 91–1106, the judgment of the United States District Court for the District of Colorado reversing the bankruptcy court's decision to allow the claim pursued on behalf of the Trust is REVERSED, and the bankruptcy court's decision is hereby reinstated. In No. 91–1118, the district court's judgment affirming the allowance of defendants' claims over Unioil's accord and satisfaction defense is AFFIRMED.

Before ANDERSON and BRORBY, Circuit Judges, and THEIS,* District Judge.

BRORBY, Circuit Judge.

We originally decided this case in an opinion found at 908 F.2d 595 (10th Cir. 1990), in which this court construed the Clean Water Act as prohibiting any discharge of effluent that would reach waters already in violation of existing water quality standards.

The Supreme Court granted certiorari and in an opinion issued February 26, 1992, reversed the decision of this court. —— U.S. ——, 112 S.Ct. 1046, 117 L.Ed.2d 239 (1992).

We therefore AFFIRM the decision of the Environmental Protection Agency and REMAND this case to the Environmental Protection Agency.

**The STATE OF OKLAHOMA, Oklahoma Scenic Rivers Commission and Pollution Control Coordinating Board, Save the Illinois River (STIR), a non-profit corporation of the State of Oklahoma, City of Fayetteville, Arkansas, the Beaver Water District, State of Arkansas, Arkansas Department of Pollution Control and Ecology, Petitioners,**

v.

**ENVIRONMENTAL PROTECTION AGENCY, Respondent,**

**Oklahoma Wildlife Federation, Intervenor.**

**Nos. 89–9503, 89–9507 and 89–9516.**

United States Court of Appeals, Tenth Circuit.

April 27, 1992.

**Steve Paul WILSON, a/k/a Mike L. Wilson, Petitioner–Appellant,**

v.

**UNITED STATES of America, Respondent–Appellee.**

**No. 90–8802**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

June 10, 1992.

---

* The Honorable Frank G. Theis, Senior United States District Judge for the District of Kansas, sitting by designation.